UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 24-2198-FMO (SPx) | Date | November 7, 2025 |
|---|---|---|---|
| Title | CARSTAR Franchisor SPV LLC v. West Coast Collision, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of April 22, 2025, the parties were required to file a status report every six months and, within 21 days of the resolution of the bankruptcy proceedings, file a notification of the same and a request, including a proposed date, for a hearing on the Motion for Default Judgment (Dkt. 18). (See Dkt. 21, Court's Order of April 22, 2025).

As of the filing date of this Order, neither a status report nor a notice and request has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **November 17, 2025**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order April 22, 2025. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003). The filing of a joint status report shall be deemed a sufficient response to the Order to Show Cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |