JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CARSTAR FRANCHISOR SPV LLC,          )    Case No. ED CV 24-2198 FMO (SPx)
                                     )
            Plaintiff,               )
                                     )
        v.                           )    **JUDGMENT**
                                     )
WEST COAST COLLISION, et al.,        )
                                     )
            Defendants.              )
_____ )

Pursuant to the Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT judgment in the above-captioned action be entered in favor of plaintiff CARSTAR Franchisor SPV LLC and against defendant West Coast Collision, in the total amount of one hundred twenty-eight thousand, six-hundred and fifty-one dollars, and twenty-one cents ($128,651.21).   Defendant Mark J. Shackleford is dismissed from the action.

Dated this 17th day of February, 2026.

                                        _____/s/_____
                                        Fernando M. Olguin
                                        United States District Judge